B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Michigan

In re **Frederick Hensler**
**Tracy Hensler**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Bank of America** | **Bank of America** | **12272 Fenton Road, Fenton, MI. Owned by Wall St. N., LLC -- LLC owned jointly by Debtors.** | | **950,000.00** <br><br> **(475,000.00 secured)** |
| **Bank Of America** <br> **Nc4-105-03-14** <br> **4161 Piedmont Pkwy** <br> **Greensboro, NC 27420** | **Bank Of America** <br> **Nc4-105-03-14** <br> **4161 Piedmont Pkwy** <br> **Greensboro, NC 27420** | **CreditCard** | | **94,855.00** |
| **Bank Of America** <br> **Nc4-105-03-14** <br> **4161 Piedmont Pkwy** <br> **Greensboro, NC 27420** | **Bank Of America** <br> **Nc4-105-03-14** <br> **4161 Piedmont Pkwy** <br> **Greensboro, NC 27420** | **CreditCard** | | **39,104.00** |
| **Bank Of America** <br> **Nc4-105-03-14** <br> **4161 Piedmont Pkwy** <br> **Greensboro, NC 27420** | **Bank Of America** <br> **Nc4-105-03-14** <br> **4161 Piedmont Pkwy** <br> **Greensboro, NC 27420** | **CreditCard** | | **32,223.00** |
| **Bank One/Chase** <br> **Po Box 24603** <br> **Columbus, OH 43219** | **Bank One/Chase** <br> **Po Box 24603** <br> **Columbus, OH 43219** | **Secured** | | **15,325.00** |
| **Citi** <br> **Attn: Centralized Bankruptcy** <br> **Po Box 20507** <br> **Kansas City, MO 64915** | **Citi** <br> **Attn: Centralized Bankruptcy** <br> **Po Box 20507** <br> **Kansas City, MO 64915** | **CreditCard** | | **10,117.00** |
| **Citi** <br> **Attn: Centralized Bankruptcy** <br> **Po Box 20507** <br> **Kansas City, MO 64915** | **Citi** <br> **Attn: Centralized Bankruptcy** <br> **Po Box 20507** <br> **Kansas City, MO 64915** | **CreditCard** | | **19,829.00** |
| **Citizens Bank** <br> **328 South Saginaw St** <br> **Mail code #002064** <br> **Flint, MI 48502** | **Citizens Bank** <br> **328 South Saginaw St** <br> **Mail code #002064** <br> **Flint, MI 48502** | **Recreational** | | **27,426.00** |
| **Dort Federal Credit Un** <br> **2845 Davison Rd.** <br> **Flint, MI 48506** | **Dort Federal Credit Un** <br> **2845 Davison Rd.** <br> **Flint, MI 48506** | **CheckCreditOrLine OfCredit** | | **9,283.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Frederick Hensler**
     **Tracy Hensler**
                  Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Dort Federal Credit Un<br>2845 Davison Rd.<br>Flint, MI 48506 | Dort Federal Credit Un<br>2845 Davison Rd.<br>Flint, MI 48506 | Recreational | | 99,764.00<br><br>(Unknown secured) |
| G M A C<br>Po Box 130424<br>Roseville, MN 55113 | G M A C<br>Po Box 130424<br>Roseville, MN 55113 | Lease | | 16,151.00<br><br>(Unknown secured) |
| Gmac Automotive Bank<br>2000 Town Ctr Ste 2200<br>Southfield, MI 48075 | Gmac Automotive Bank<br>2000 Town Ctr Ste 2200<br>Southfield, MI 48075 | Automobile | | 30,684.00<br><br>(Unknown secured) |
| National City<br>Attention: Bankruptcy Department<br>6750 Miller Rd<br>Brecksville, OH 44141 | National City<br>Attention: Bankruptcy Department<br>6750 Miller Rd<br>Brecksville, OH 44141 | CheckCreditOrLineOfCredit | | 9,499.00 |
| National City Card Ser<br>1 Ncc Pkwy<br>Kalamazoo, MI 49009 | National City Card Ser<br>1 Ncc Pkwy<br>Kalamazoo, MI 49009 | CreditCard | | 23,787.00 |
| National City Mortgage<br>P.O. Box 17677<br>Baltimore, MD 21297 | National City Mortgage<br>P.O. Box 17677<br>Baltimore, MD 21297 | Residence Location: 16140 Silver Shore, Fenton MI | | 215,000.00<br>(500,000.00 secured)<br>(650,000.00 senior lien) |
| Natl Cty Crd<br>1 National City Pkwy<br>Kalamazoo, MI 49009 | Natl Cty Crd<br>1 National City Pkwy<br>Kalamazoo, MI 49009 | CreditLineSecured | | 214,693.00 |
| Tri-pointe Community C<br>2343 E Hill Rd<br>Grand Blanc, MI 48439 | Tri-pointe Community C<br>2343 E Hill Rd<br>Grand Blanc, MI 48439 | Recreational | | 43,990.00<br><br>(Unknown secured) |
| Wachovia Bank | Wachovia Bank | Claim related to loan for brokerage business | | 400,000.00 |
| Washington Mutual | Washington Mutual | Residence Location: 16140 Silver Shore, Fenton MI | | 650,000.00<br><br>(500,000.00 secured) |
| Washington Mutual Mortgage<br>Attention: Bankruptcy Dept. JAXA 2035<br>7255 Bay Meadows Way<br>Jacksonville, FL 32256 | Washington Mutual Mortgage<br>Attention: Bankruptcy Dept. JAXA 2035<br>7255 Bay Meadows Way<br>Jacksonville, FL 32256 | ConventionalRealEstateMortgage | | 653,686.00<br><br>(Unknown secured) |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Frederick Hensler**, **Tracy Hensler**        Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Frederick Hensler** and **Tracy Hensler**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date **November 11, 2008**      Signature **/s/ Frederick Hensler**
**Frederick Hensler**
Debtor

Date **November 11, 2008**      Signature **/s/ Tracy Hensler**
**Tracy Hensler**
Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.